MIE 1A  
Revised 08\18

Order of the Court to Continue Supervision

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Michigan

UNITED STATES OF AMERICA

    v.

DOUGLAS, Fabian B                     Crim. No.:  12CR20647-05

On 12/28/2023 the Court authorized the issuance of a supervised release warrant based upon a violation petition citing violation(s) of supervision.  The issue(s) of the violation(s) were heard in Court on 12/17/2024, and the Court made the following finding(s):

  X  Guilty of violating condition(s) of supervision.  The following special condition(s) of supervision are added.

**No conditions added and continue supervised release.**

Respectfully submitted,

s/Benjamin M. Bojicic  
Benjamin M Bojicic  
United States Probation Officer

## ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued.  All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated this 23rd Day of December, 2024.

s/Mark A. Goldsmith  
Honorable Mark A. Goldsmith  
United States District Judge